### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **40 U.S.C. §§ 5104(e)(2)(D) and (G)** |
| **TIGHE BARRY,** | : | **(Unlawful Disorderly and Disruptive** |
| | : | **Conduct and Picketing, Parading, or** |
| **Defendant.** | : | **Demonstrating on United States Capitol** |
| | : | **Grounds)** |
| | : | **18 U.S.C. § 401(3)** |
| | : | **(Disobedience or Resistance to a Court's** |
| | : | **Lawful Writ, Process, Order, Rule,** |
| | : | **Decree, or Command)** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about March 6, 2019, within the District of Columbia, **TIGHE BARRY** did unlawfully and knowingly utter loud, threatening or abusive language, and engage in disorderly or disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct within any such building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and did unlawfully, knowingly parade, demonstrate, or picket within any of the grounds or within any of the Capitol buildings.

(**Unlawful Disorderly and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D) and (G))

## COUNT TWO

On or about March 6, 2019, within the District of Columbia, **TIGHE BARRY**, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, the order issued by the Honorable Robin M. Meriweather, United States Magistrate Judge on September 24, 2018, in the District of Columbia, in the case of United States v. Tighe Barry, (18-MJ-111) (D.D.C.)) by entering the United States Capitol Grounds and engaging in disorderly or disruptive conduct with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct within any such building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and by unlawfully, knowingly parading, demonstrating, or picketing within any of the grounds or within any of the Capitol buildings.

**(Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree, or Command**, in violation of Title 18, United States Code, Section 401(3))

Respectfully Submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____

LISA NICOLE WALTERS
D.C. Bar No. 974-492
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
Telephone: (202) 252-7499
E-mail: Lisa.Walters@usdoj.gov

2